AO 245H (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ COLORADO _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| MICHAEL K. WILLINGHAM | CASE NUMBER: 07-po-00023-GJR |
| | James McDonald |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s) ___One___

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 3.6(a) | Negligent Operation of a Vessel | 10/16/2007 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | Assessment | Fine |
|---|---|---|
| **Total:** $260.00 | $ 10.00 | $ 250.00 |

Defendant's Soc. Sec.: _____

Defendant's Date of _____

Defendant's USM No.: _____

Defendant's Residence Address:
_____
_____

Defendant's Mailing Address:
_____
_____

October 16, 2007
Date of Imposition of Judgment

_/s/ Gudrun Rice_
Signature of Judicial Officer

Gudrun J. Rice, U.S. Magistrate Judge
Name and Title of Judicial Officer

October 23, 2007
Date